AJET DELAJ et al., Appellants, v KENNETH R. JAMESON, Defendant. MARK E. SEITELMAN LAW OFFICES, P.C., Nonparty Respondent.

Submitted September 2, 2008; decided October 23, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution.

In the Matter of NICOLE GALE, Respondent, v JOHN LOTITO III, Appellant.

Submitted May 27, 2008; decided October 23, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of MIKE HENRIQUEZ, Appellant, v KEITH DUBRAY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted July 28, 2008; decided October 23, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.